UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Adrian A.Y.V., | Civ. No. 25-4684(JWB/EMB) |
| Petitioner, | |
| v. | |
| Pamela Bondi, *Attorney General*; Kristi Noem, *U.S. Department of Homeland Security*; Department of Homeland Security; Todd M. Lyons, *Acting Director of Immigration and Customs Enforcement*; Immigration and Customs Enforcement; Daren K. Margolin, *Director for Executive Office for Immigration Review*; Executive Office for Immigration Review; David Easterwood, *Acting Director, St. Paul Field Office Immigration and Customs Enforcement*; and Eric Tollefson, *Sheriff of Kandiyohi County*, | **ORDER ON STIPULATION AND DISMISSING PETITION** |
| Respondents. | |

---

Pursuant to the stipulation of the parties (Doc. No. 6), **IT IS HEREBY ORDERED** that the Petition is **GRANTED IN PART** as follows:

1. Respondents must hold a bond hearing in accordance with 8 USC § 1226(a) to determine Petitioner's ongoing custody within seven days (to exclude federal holidays).

2. The Petition is dismissed without prejudice.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Date: December 22, 2025            *s/ Jerry W. Blackwell*
                                    JERRY W. Blackwell
                                    United States District Judge