# UNITED STATES DISTRICT COURT
## District of Minnesota

Adrian Anselmo Yax Vasquez

Petitioner,

v.

Pamela Bondi, Kristi Noem, Department Of Homeland Security, The, Todd M. Lyons, Immigration and Customs Enforcement, Daren K. Margolin, Executive Office for Immigration Review, David Easterwood, Eric Tollefson

Respondents.

**JUDGMENT IN A CIVIL CASE**

Case Number: 25-cv-04684-JWB-EMB

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Respondents must hold a bond hearing in accordance with 8 USC § 1226(a) to determine Petitioner's ongoing custody within seven days (to exclude federal holidays).

2. The Petition is dismissed without prejudice.

Date: 12/23/2025

KATE M. FOGARTY, CLERK